NUMBER 13-07-00482-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________________________

 

CLAUDIA WILLIAMS, Appellant,


v.



DAIMLERCHRYSLER FINANCIAL SERVICES 

AMERICAS LLC, F/K/A DCFS TRUST, Appellee. 

_______________________________________________________________________


On Appeal from the County Court at Law No. 4 


of Nueces County, Texas.


______________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 This matter is before the Court on a defective notice of appeal and appellant's
failure to correct the defect. On August 2, 2007, the Court advised appellant that the notice
of appeal was not in compliance with Texas Rule of Appellate Procedure 25.1(d) (2) and
requested correction of this defect within ten days. See Tex. R. App. P. 25.1(d), 37.1,
42.3(b),(c). Appellant failed to respond to the Court's directive.

 On September 13, 2007, the Court again advised appellant that the notice of appeal
was not in compliance with the appellate rules, and informed appellant that the appeal
would be dismissed if the defect was not cured after the expiration of ten days from the
date of receipt of the Court's notice. Appellant has failed to correct the defect or otherwise
respond to the Court's notices.

 On its own motion, with ten days notice to the parties, an appellate court may
dismiss a civil appeal for want of prosecution or failure to comply with a notice from the
clerk requiring a response or other action within a specified time. See Tex. R. App. P.
42.3(b),(c). Accordingly, we dismiss the appeal for want of prosecution and failure to
comply with a notice from the Court. See id.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 17th day of January, 2008.